IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CANDE BRANDOW | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-516 |
| | § | |
| FLAGSTAR BANK, FSB | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

    COMES NOW Erick DeLaRue filing this his Motion for Withdrawal of Counsel, and for good cause would show the Court as follows:

    1.    Erick DeLaRue, Robert C. Vilt, and Vilt and Associates, P.C. are counsel of record for Plaintiff in the above-entitled and numbered cause.

    2.    Erick DeLaRue will no longer be employed with Vilt and Associates, P.C. as of June 15, 2018. As such, Erick DeLaRue hereby moves the Court to enter an order permitting him to withdraw as counsel of record; however, Robert. C. Vilt and Vilt and Associates, P.C. will continue to represent Plaintiff.

    3.    Plaintiff will not be prejudiced by Erick DeLaRue's withdrawal because the undersigned counsel will remain as counsel for Plaintiff.  Further, this motion is not intended for the purpose of delay.

    WHEREFORE, PREMISES CONSIDERED, Erick DeLaRue prays that the Court enter an order permitting the withdrawal of Erick DeLaRue as counsel of record for Plaintiff, that the Court order that the docket be amended to reflect that Erick DeLaRue has withdrawn as counsel of record for Plaintiff, and that he no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case. Erick DeLaRue respectfully requests that Robert C. Vilt and Vilt and Associates, P.C. continue to be provided copies of all correspondence, pleadings, or other documents in this case for Plaintiff.

        Respectfully submitted,

        VILT AND ASSOCIATES, P.C.

    By:    \_\_/s/ Erick DeLaRue_____
        ROBERT C. VILT
        Texas Bar Number 00788586
        Email: clay@viltlaw.com
        ERICK DELARUE
        Texas Bar Number 24103505
        Email: erick@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone:    713.840.7570
Facsimile:    713.877.1827
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendant on June 12, 2018 and he is not opposed to the relief sought in this Motion.

/s/ Erick DeLaRue
ERICK DELARUE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on June 12, 2018.

Matt D. Manning
McGlinchey Stafford, PLLC
1001 McKinney St., Suite 1500
Houston, TX  77002

/s/ Erick DeLaRue
ERICK DELARUE