IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CANDE BRANDOW § § § | |
| v. § § | CIVIL ACTION NO. 4:18-CV-0516 |
| FLAGSTAR BANK, FSB § § § | |

## UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Cande Brandow hereby stipulates and agrees to the following:

1. Plaintiff filed her Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 268th Judicial Court of Fort Bend County, Texas on September 26, 2017.

2. Defendant filed its Notice of Removal on February 21, 2018.

3. The parties have settled the dispute amongst themselves.

4. Accordingly, Plaintiff requests that the Court dismiss this lawsuit with prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice with costs of court being assessed against the party incurring same.

Respectfully submitted,

VILT AND ASSOCIATES, P.C.

By:    /s/ *Robert C. Vilt*
       ROBERT C. VILT
       Texas Bar Number 00788586
       Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone:   713.840.7570
Facsimile:    713.877.1827
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held on the merits of this motion on December 11, 2018 with Matt D. Manning and he is unopposed to the relief sought herein.

/s/ *Robert C. Vilt*
ROBERT C. VILT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record pursuant Federal Rules of Civil Procedure on this the 12th day of December, 2018.

Matt D. Manning.
McGlinchey Stafford
1001 McKinney, Suite 1500
Houston, TX 77002

/s/ *Robert C. Vilt*
ROBERT C. VILT