United States District Court
Southern District of Texas
**ENTERED**
December 20, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CANDE BRANDOW** | § § § | |
| v. | § § | **CIVIL ACTION NO. 4:18-CV-0516** |
| **FLAGSTAR BANK, FSB** | § § § | |

### ORDER GRANTING UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE

On this day the Court considered the Unopposed Stipulation of Dismissal With Prejudice submitted by Plaintiff Cande Brandow and finds that Plaintiff's request has merit and should be **GRANTED.** It is therefore

**ORDERED, ADJUDGED and DECREED** that all claims in the above-entitled and numbered cause that were or could have been asserted by Plaintiff against Defendant be dismissed with prejudice, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

Signed this 13th day of December, 2018.

_____
Presiding Judge